McGREGOR W. SCOTT
United States Attorney

PAUL S. HAM
ADAM R. SMART
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 307-6422
Facsimile: (202) 307-0054
adam.r.smart@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>JAGTAR SINGH,<br><br>          Defendant. | Civil No. 1:07-cv-00794-LJO-NEW<br><br>ORDER [PROPOSED] GRANTING EX PARTE APPLICATION FOR LEAVE TO SERVE DEFENDANT JAGTAR SINGH BY PUBLICATION and for an EXTENSION OF TIME IN WHICH TO COMPLETE SERVICE OF PROCESS |

   Having considered the United States' Ex-Parte Application to Serve Jagtar Singh by Publication, as good cause being shown, it is ORDERED that the United States has sixty (60) days from the entry of this Order to serve Jagtar Singh, by publication in the Fresno Bee, as provided under California law; and that a copy of the Summons, Complaint and this Order will be mailed to Jagtar Singh, in the event that his identity and address are ascertained before the expiration of the time herein prescribed for publication.

   IT IS SO ORDERED.

**Dated:     September 20, 2007**             /s/  William M. Wunderlich
                                              UNITED STATES MAGISTRATE JUDGE