McGREGOR W. SCOTT
United States Attorney

ADAM R. SMART
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6422
Facsimile: (202) 307-0054
adam.r.smart@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       v.<br><br>JAGTAR SINGH,<br><br>            Defendant. | Civil No. 1:07-cv-00794-LJO-GSA<br><br>ORDER |

    Having considered the United States' Ex Parte Application, Nunc Pro Tunc, for Extension of Time to Serve Defendant by Publication, and good cause being shown, it is ORDERED that the United States shall have until December 26, 2007, to serve defendant Jagtar Singh by publication in the Fresno Bee, as provided under California law.

IT IS SO ORDERED.

**Dated:   November 21, 2007**          /s/ Lawrence J. O'Neill
                                                      UNITED STATES DISTRICT JUDGE