# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CV F 07-0794 LJO GSA |
| Plaintiff, | **ORDER TO FILE STATUS REPORT** |
| vs. | |
| JAGTAR SINGH, | |
| Defendant. | |

Default was entered against defendant Jagtar Singh on February 8, 2008. Since that time, plaintiff United States of America has filed no papers to seek default judgment. On the basis of good cause, this Court ORDERS plaintiff United States of America, no later than August 6, 2008, to file a status report to address why it has failed to seek default judgment or otherwise prosecute this action. This Court will discharge this order if, prior to August 6, 2008, plaintiff United States of America files papers to seek default judgment or to dismiss this action.

IT IS SO ORDERED.

**Dated:   July 23, 2008**                         /s/ Lawrence J. O'Neill
                                                              UNITED STATES DISTRICT JUDGE

1