# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:07-CV-794-LJO-GSA |
| Plaintiff, | ORDER REGARDING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT |
| vs. | |
| JAGTAR SINGH, | |
| Defendant. | |

On May 30, 2007, Plaintiff filed a Complaint to reduce federal tax assessments against Defendant, Jagtar Singh (Hereinafter, "Defendant")  Default was entered against the Defendant on February 8, 2008.  Plaintiff filed a Motion for Entry of Default Judgment on August 5, 2008.  In the Motion for Entry of Default Judgment, Plaintiff requests that the court enter judgment against Defendant in favor of the United States of America in the amount of $ 1,617,536.60, plus interest and other statutory additions from August 1, 2008.

Specifically, Plaintiff is seeking judgments on assessments against Defendant for federal employment related (Form 941) taxes for the periods ending December 31, 1996, March 31, 1997, June 30, 1997 and December 31, 1997 in the amounts of $186,455.42, $3,549.62, $154, 613.48, and

1  $71, 903.21 respectively.  Plaintiff is also seeking judgment on assessments against Defendant for
2  federal unemployment (FUTA) related (Form 940) taxes for the tax periods ending December 31, 1995
3  and December 31, 1997 in the amounts of $4,915.40 and  $96,246.53 respectively.  Finally, Plaintiff
4  seeks judgment on assessments against Defendant for unpaid federal income tax (Form 1040) for the
5  1993 and 1994 tax years in the amounts of 1,029,588.70 and $70,264.24 respectively.

6  In support of the motion, Plaintiff has submitted Certificates of Assessments, Payments and
7  Other Specified Matters (Form 4340) for Defendant Singh for each tax year at issue. See, Declaration
8  of Adam Smart (hereinafter, "Smart Declaration") dated August 5, 2008 and Exhibits 1-8. (Doc. 15-3).
9  The government also submitted a Declaration of Kandis Beile, a paralegal in the Office of Chief
10 Counsel, IRS, in Sacramento California with attached computer printouts containing the breakdowns
11 of the tax and interest as well as a calculation of the accrued interest and the tax penalties through
12 August 1, 2008. See, Declaration of Kandis Beile (hereinafter, "Beile declaration") dated July 25, 2008
13 at pg. 2 . (Doc. 15-4).  The first page of the Beile exhibits provides a summary of the assessed balances
14 as well as accruals, calculated through August 1, 2008, including any applications or credits.  The
15 following pages show the interest rate for each calendar quarter and the interest that has accrued on the
16 liability.

17 The court has reviewed the documentation submitted by the Plaintiff in support of its motion and
18 there is a discrepancy in the amount of assessment between Form 4340 and the printouts submitted by
19 Ms. Beile for two of the periods.  Specifically, the Certificate of Assessment (Form 4340) for unpaid
20 federal income tax (Form 1040) for the tax period ending in 1993 shows a balance 598,966.45.  See,
21 Exhibit 1 attached to Smart declaration at pg. 6. (Doc. 15-3 at pg. 10 of 68).  However, the summary
22 sheet for this period provided by Ms. Beile shows the assessed total as $599,030.45.  See, Exhibit G
23 attached to Beile declaration at pg. 1 (Doc. 15-4 at pg. 35 of 46).  Similarly, the balance due of the
24 Certificate of Assessment (Form 4340) for the tax period ending March 1997 for federal employment
25 related (Form 941) taxes  shows a balance of $1,366.69. See, Exhibit 4 attached to Smart declaration
26 at pg. 6 (Doc. 15-3 at pg. 33 of 68).  However, the assessed total on the summary sheet provided by Ms.
27 Beile for this period shows the amount as $1,402.69. See, Exhibit B attached to Beile declaration at pg.
28 1 (Doc. 15-4 at pg. 33 of 46).

1  The court notes that these differences are small, however, since the government has requested
2  the higher amounts and these figures provide the basis for the calculation for interest and penalties, the
3  resulting differences may be significant.  The balances on Form 4340 and the assessed totals on the
4  summary sheets attached to Ms. Beile's declaration match for all of the other periods.
5  In order to rule on Plaintiff's motion, the court needs clarification regarding why these figures
6  are different for the periods ending in 1993 and March 31,1997 as outlined above.  Accordingly, Plaintiff
7  shall provide the court with an explanation for the discrepancy between these figures, or alternatively,
8  Plaintiff shall file a Supplemental Amended Motion for Entry of Default Judgment no later than October
9  15, 2008.  If Plaintiff files an amended motion, the amended motion needs only to address the amounts
10 for the time periods listed above.  In light of the above, the court vacated the hearing on Plaintiff's
11 motion set for September 26, 2008 at 9:30. A new hearing for Plaintiff's Motion for Entry of Default
12 Judgment will be held on October 24, 2008 at 9:30 am in Courtroom 10.

14      IT IS SO ORDERED.
15      **Dated:    September 25, 2008**            **/s/ Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE