# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:07-cv-794 LJO GSA |
| | ) | |
| | ) | ORDER ADOPTING FINDINGS AND |
| Plaintiff, | ) | RECOMMENDATION |
| | ) | |
| v. | ) | (Document 20) |
| | ) | |
| JAGTAR SINGH, | ) | |
| | ) | |
| Defendant. | ) | |

On October 21, 2008, the Magistrate Judge issued Findings and Recommendations that Plaintiff's Motion for Default Judgment be granted and that judgment in the amount of $1,617,536.60 with interest and statutory additions accruing from August 1, 2008 until paid in full be entered against the Defendant. The Findings and Recommendation contained notice that any objections to the Findings and Recommendations were to be filed within twenty (20) days of the date of service of the order. No objections were filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued October 21, 2008, are ADOPTED IN FULL; and

1   2.   This action is dismissed.

2   The clerk is directed to close this action.

3   IT IS SO ORDERED.

4   **Dated:   November 12, 2008**                    **/s/ Lawrence J. O'Neill**
                                                    UNITED STATES DISTRICT JUDGE

2